**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

H.S.                                            :
                                                :
                    Petitioner,                 :
                                                :
        v.                                      :        **Case No. 4:26-cv-131-CDL-CHW**
                                                :        **28 U.S.C. § 2241**
Warden, STEWART DETENTION               :
CENTER,                                         :
                                                :
                    Respondent.                 :
                                                :

## ORDER

On January 23, 2026, Petitioner, through counsel, filed an application for habeas corpus relief pursuant to 28 U.S.C. §2241, (Doc. 1). Following a report and recommendation to dismiss Petitioner's application (Doc. 8), Petitioner, proceeding *pro se*, filed a second Section 2241 application without contacting counsel. *H.S. v. United States Attorney General*, *et al*., 4:26-cv-709-CDL-CHW (M.D. Ga., Apr. 27, 2026) (*Samadi II*); (Doc. 9). This action and other issues caused a breakdown in communication between Petitioner's counsel and Petitioner, which led Petitioner's counsel to move to withdraw as counsel on May 6, 2026. (Doc. 9). The Court denied that motion because counsel failed to comply with local rules. (Doc. 10). Out of an abundance of caution, the Court extended Petitioner's deadline to object to the recommendation to dismiss the petition. (*Id*.)

Since that time, Petitioner has made clear that he does not wish to have counsel represent him in this matter. *See* (Docs. 13, 14). He has asked that counsel be relieved (Doc. 14) and requested a hearing be set in this matter. (Doc. 15). His counsel also filed a second motion to withdraw. (Doc. 16). Having considered the motion and Petitioner's desire no longer to be

represented by counsel, the second motion to withdraw as counsel (Doc. 16) is **GRANTED** and Petitioner's motion to disqualify counsel (Doc. 14) is **DISMISSED as moot**. Petitioner's motion for hearing on his matter is not warranted at this juncture because a recommendation to dismiss his petition (Doc. 8) remains pending. Therefore, Petitioner's motion for hearing (Doc. 15) is **DENIED**.

**SO ORDERED**, this 9th day of June, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge