IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

H.S.,                              *

    Petitioner,                   *

vs.                                *
                            CASE NO. 4:26-CV-131 (CDL)

WARDEN JASON STREEVAL,            *

    Respondent.                   *

---

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on April 22, 2025 is hereby approved, adopted, and made the Order of the Court. The Court considered Petitioner's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 23rd day of June, 2026.

s/Clay D. Land

CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA